**Alessandro FEI, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 03–71291.

Agency No. A74–367–435.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 3, 2004.*

Decided Feb. 5, 2004.

Karla L. Kraus, Law Offices of Karla L. Kraus, San Diego, CA, for Petitioner.

Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, M. Jocelyn Wright, Esq., Colette J. Winston, DOJ—U.S. Department of Justice, Washington, DC, Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, District Director, Office of the District Counsel, Executive Office of Immigration Review, San Diego, CA, for Respondent.

Before CANBY, NOONAN, and THOMAS, Circuit Judges.

MEMORANDUM**

Petitioner Alessandro Fei petitions for review of the Board of Immigration's denial of his motion to reconsider his request for voluntary departure. This court does not have jurisdiction to review the Board's

decision to deny voluntary departure. *See* INA § 240B(f) ("No court shall have jurisdiction over an appeal from a denial of a request for an order of voluntary departure under subsection (b)"); *Alvarez–Santos v. INS,* 332 F.3d 1245 (9th Cir.2003).

**PETITION FOR REVIEW DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

